**Order entered January 27, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01063-CV

**DOUBLE DIAMOND-DELAWARE, INC., DOUBLE DIAMOND, INC., WHITE BLUFF CLUB CORP., UNITED EQUITABLE MORTGAGE CO., NATIONAL RESORT MANAGEMENT CO., R. MICHAEL WARD, FRED CURRAN, AND WHITE BLUFF PROPERTY OWNERS ASSOCIATION, INC., Appellants**

**V.**

**JEANETTE ALFONSO, EUGENIO CORPUS, FE HUEVOS, ELEZAR NUIQUE, EDITHA PEPITO, REYNALDO PEPITO, SIMONETTE PEPITO, JULITO PEPITO, CHERRY SOMOSOT, AND NELIA VICENTE, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16333**

## ORDER

Before the Court is appellees' January 21, 2020 Request for Clarification regarding January 23, 2020 Order.

In addition to granting appellants an additional five minutes to present oral argument, we **GRANT** appellees an additional five minutes to present oral argument.

/s/      DAVID J. SCHENCK
              PRESIDING JUSTICE